Kent F. Larsen, Esq.
Nevada Bar No. 3463
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
Attorneys for Defendant
JPMorgan Chase Bank, N.A.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HOSPITALITY PROCUREMENT AND DESIGN, LLC, a Nevada liability corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITIZENS FINANCIAL GROUP, INC., a Rhode Island Corporation; JP MORGAN CHASE, a Delaware Corporation; DOES I-XX; RORE CORPORATIONS I-XX, INCLUSIVE,<br><br>Defendants. | Case No. 2:25-cv- 00499-RFB-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** |

Defendant JPMorgan Chase Bank, N.A., erroneously named in the caption as "JPMorgan Chase, a Delaware Corporation") ("Chase"), and Plaintiff Hospitality Procurement and Design, LLC ("Plaintiff"), by and through their respective undersigned counsel of record, hereby stipulate as follows:

    (i)    All Defendants in this action shall have through **Wednesday, April 23, 2025** to file a response to Plaintiff's Complaint in this case.

\ \ \

\ \ \

\ \ \

1

The Court is advised that this request is not intended to cause any delay or prejudice to any party, but is to allow the parties additional time to investigate the claims asserted in this matter and determine whether a settlement of the claims can be reached, which will result in the dismissal of this case.

| SMITH LARSEN & WIXOM | LAW OFFICES OF JOHN RYAN, LTD. |
|---|---|
| /s/ Kent F. Larsen | /s/ John R. Ryan |
| Kent F. Larsen, Esq. | John R. Ryan, Esq. |
| Nevada Bar No. 3463 | Nevada Bar No.: 11703 |
| 1935 Village Center Circle | 9728 Gillespie St. |
| Las Vegas, Nevada 89134 | Las Vegas, Nevada 89183 |
| Attorneys for Defendant | Attorney for Plaintiff |
| JPMorgan Chase Bank, N.A. | Hospitality Procurement and Design, LLC |
| Dated: March 19, 2025 | Dated: March 19, 2025 |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

Dated:  March 20 , 2025

2