Kent F. Larsen, Esq.
Nevada Bar No. 3463
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
Attorneys for Defendant
JPMorgan Chase Bank, N.A.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HOSPITALITY PROCUREMENT AND DESIGN, LLC, a Nevada liability corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITIZENS FINANCIAL GROUP, INC., a Rhode Island Corporation; JP MORGAN CHASE, a Delaware Corporation; DOES I-XX; RORE CORPORATIONS I-XX, INCLUSIVE,<br><br>Defendants. | Case No. 2:25-cv-00499-RFB-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT (SECOND REQUEST)** |

Defendant JPMorgan Chase Bank, N.A., improperly identified in the caption as "JPMorgan Chase, a Delaware Corporation") ("Chase"), Citizens Bank, N.A., improperly identified in the caption as "Citizens Financial Group, Inc." ("Citizens"), and Plaintiff Hospitality Procurement and Design, LLC ("Plaintiff"), by and through their respective undersigned counsel of record, hereby stipulate as follows:

(i) Chase and Citizens shall have through **Wednesday, May 21, 2025** to file a response to Plaintiff's Complaint in this case.

\ \ \

1

The Court is advised that this request is not intended to cause any delay or prejudice to any party, but is to allow the parties additional time to investigate the claims asserted in this matter and determine whether a settlement of the claims can be reached, which will result in the dismissal of this case.

| | |
|---|---|
| SMITH LARSEN & WIXOM | LAW OFFICES OF JOHN RYAN, LTD. |
| /s/ Kent F. Larsen<br>Kent F. Larsen, Esq.<br>Nevada Bar No. 3463<br>1935 Village Center Circle<br>Las Vegas, Nevada 89134<br>Attorneys for Defendant<br>JPMorgan Chase Bank, N.A.<br><br>Dated: April 14, 2025 | /s/ John R. Ryan<br>John R. Ryan, Esq.<br>Nevada Bar No.: 11703<br>9728 Gillespie St.<br>Las Vegas, Nevada 89183<br>Attorney for Plaintiff<br>Hospitality Procurement and Design, LLC<br><br>Dated: April 14, 2025 |

CLARK HILL PLC

/s/ Crane M. Pomerantz
Crane M. Pomerantz, Esq.
Nevada Bar No. 14103
1700 S. Pavilion Center Drive
Las Vegas, Nevada 89135
Attorneys for Defendant
Citizens Bank, N.A.

Dated: April 14, 2025

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: _April 16_, 2025