Kent F. Larsen, Esq.
Nevada Bar No. 3463
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
Attorneys for Defendant
JPMorgan Chase Bank, N.A.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HOSPITALITY PROCUREMENT AND DESIGN, LLC, a Nevada liability corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITIZENS FINANCIAL GROUP, INC., a Rhode Island Corporation; JP MORGAN CHASE, a Delaware Corporation; DOES I-XX; RORE CORPORATIONS I-XX, INCLUSIVE,<br><br>Defendants. | Case No. 2:25-cv- 00499-RFB-BNW<br><br>**STIPULATION AND ORDER TO DISMISS CASE, WITH PREJUDICE** |

Defendant JPMorgan Chase Bank, N.A., improperly identified in the caption as "JPMorgan Chase, a Delaware Corporation") ("Chase"), Citizens Bank, N.A., improperly identified in the caption as "Citizens Financial Group, Inc." ("Citizens"), and Plaintiff Hospitality Procurement and Design, LLC ("Plaintiff"), by and through their respective undersigned counsel of record, hereby stipulate as follows:

    (i)    The above-captioned action shall be dismissed, with prejudice, as against all Defendants;

\ \ \

1

(ii) Each party shall bear its own attorneys' fees and costs incurred in connection with this case.

| SMITH LARSEN & WIXOM | LAW OFFICES OF JOHN RYAN, LTD. |
|---|---|
| /s/ Kent F. Larsen<br>Kent F. Larsen, Esq.<br>Nevada Bar No. 3463<br>1935 Village Center Circle<br>Las Vegas, Nevada 89134<br>Attorneys for Defendant<br>JPMorgan Chase Bank, N.A.<br><br>Dated: May 12, 2025 | /s/ John R. Ryan<br>John R. Ryan, Esq.<br>Nevada Bar No.: 11703<br>9728 Gillespie St.<br>Las Vegas, Nevada 89183<br>Attorney for Plaintiff<br>Hospitality Procurement and Design, LLC<br><br>Dated: May 12, 2025 |

CLARK HILL PLC

/s/ Crane M. Pomerantz
Crane M. Pomerantz, Esq.
Nevada Bar No. 14103
1700 S. Pavilion Center Drive
Las Vegas, Nevada 89135
Attorneys for Defendant
Citizens Bank, N.A.

Dated: May 12, 2025

**IT IS SO ORDERED:**

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

Dated: This 14th day of May, 2025.

2